IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANDREW J. MILLER,

    Plaintiff,

vs.
                                      Civil Action 2:08-CV-363
                                      Judge Sargus
                                      Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

On July 23, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed and that this action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The decision of the Commissioner is **AFFIRMED** and this action is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

8-18-2009
Date

Edmund A. Sargus, Jr.
United States District Judge