AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ANDREW J. MILLER,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. C2-08-363**

**COMMISSIONER OF SOCIAL SECURITY,**

**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

    **Defendant.**

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed August 18, 2009, JUDGMENT is hereby entered DISMISSING this action.**

Date: August 18, 2009            JAMES BONINI, CLERK

                                       */S/ Andy F. Quisumbing*
                                       (By) Andy F. Quisumbing
                                       Courtroom Deputy Clerk